No. 152, Misc.   WELSH v. CALIFORNIA ET AL.;
No. 172, Misc.   GAITO v. DUGGAN, DISTRICT ATTORNEY, ET AL.;
No. 186, Misc.   HECTOR v. UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT;
No. 228, Misc.   IN RE BARASH;
No. 243, Misc.   BAKER v. McNAUL;
No. 270, Misc.   BLACKBURN v. FLORIDA;
No. 289, Misc.   McGARRITY v. NELSON, ACTING WARDEN;
No. 293, Misc.   MASON v. WARDEN, SOUTHERN MICHIGAN STATE PRISON;
No. 354, Misc.   MEYER v. FIELD, MENS COLONY SUPERINTENDENT;
No. 381, Misc.   DENSON v. LANE, WARDEN;
No. 400, Misc.   COTTLO v. CALIFORNIA ET AL.;
No. 401, Misc.   SPEARMINT v. OHIO ET AL.;
No. 458, Misc.   BAKER v. BENNETT, WARDEN; and
No. 522, Misc.   OUGHTON v. MEIER, WARDEN. Motions for leave to file petitions for writs of habeas corpus denied.

No. 145, Misc.   FISK v. CURRIE, CHIEF JUSTICE, SUPREME COURT OF WISCONSIN;
No. 178, Misc.   CHOPE v. THORNTON, U. S. DISTRICT JUDGE;
No. 239, Misc.   BLACKWELL v. CURRIE, CHIEF JUSTICE, SUPREME COURT OF WISCONSIN, ET AL.;
No. 321, Misc.   BALLOU v. ALDRICH ET AL., U. S. CIRCUIT JUDGES;
No. 340, Misc.   LUOMALA v. KUNZEL, U. S. DISTRICT JUDGE; and
No. 419, Misc.   RUCKER v. CALIFORNIA DEPARTMENT OF CORRECTIONS ET AL. Motions for leave to file petitions for writs of mandamus denied.